**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON MORSE,** | : | **CIVIL ACTION NO. 1:24-CV-1468** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DR. LAUREL R. HARRY**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of September, 2024, upon review of plaintiff's

application for leave to proceed *in forma pauperis*, and further upon review of the

complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the

reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  Plaintiff's application for leave to proceed *in forma pauperis*, (Doc. 2),
    is GRANTED.

2.  Plaintiff shall pay the full filing fee of $350.00 based on the financial
    information provided in the application to proceed *in forma pauperis*.
    The full filing fee shall be paid regardless of the outcome of the
    litigation.  Pursuant to 28 U.S.C. 1915(b)(1) and (2), the
    Superintendent/Warden, or other appropriate official at plaintiff's
    place of confinement, is directed to deduct an initial partial filing fee of
    20% or the greater of:

    a.  The average monthly deposits in the inmate's prison account for
        the past six months, or

    b.  The average monthly balance in the inmate's prison account for the
        past six months.

    The initial partial filing fee shall be forwarded to the Clerk of the
    United States District Court for the Middle District of Pennsylvania,
    P.O. Box 1148, 235 N. Washington Avenue, Scranton, Pennsylvania,
    18501-1148, to be credited to the above-captioned docket number.  In
    each succeeding month, when the amount in plaintiff's inmate trust

fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid.  Each payment shall reference the above-captioned docket number.

3.      The Clerk of Court is DIRECTED to send a copy of this order to the Superintendent/Warden of the institution where plaintiff is presently confined.

4.      Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice.

5.      Plaintiff may file an amended complaint on or before **October 27, 2024**, to cure the deficiencies identified in the court's memorandum opinion. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action, shall be entitled "Amended Complaint," and shall be complete in all respects.  It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

6.      If plaintiff does not file an amended complaint by the above date, this case shall be dismissed without further leave to amend for the reasons stated in the accompanying memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania